UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN E. GILBERT | CIVIL ACTION: 2:20-cv-3428 |
| VERSUS | JUDGE: |
| SIDNEY H. CATES, IV, et al. | MAGISTRATE: |

## NOTICE OF COMPLIANCE

Defendant, THOMAS J. CORTAZZO, by and through undersigned counsel, hereby submits the following Notice of Compliance:

1. A list of all parties still remaining in this action;

    Plaintiff: Dean E. Gilbert
    Defendant: Sidney H. Cates, IV
    Defendant: Darryl M. Gilbert
    Defendant: Dwight A. Gilbert
    Defendant: Thomas J. Cortazzo
    Defendant: Debra Dave

2. Copies of all pleadings, including answers, filed by those parties in State Court as Exhibit 1:

    a. Petition for Damages filed by Dean E. Gilbert.

RESPECTFULLY SUBMITTED,

BY: s/ Andrew Blanchfield
ANDREW BLANCHFIELD, T.A. (Bar #16812)
COLLIN J. LEBLANC (Bar #24519)
JOHN N. GRINTON, (Bar # 34571)
**KEOGH COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612
Email: ablanchfield@keoghcox.com
cleblanc@keoghcox.com
jgrinton@keoghcox.com

*Attorneys for Thomas J. Cortazzo*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record and by United States Mail to the pro se plaintiff and to the Clerk of Court Civil District Court of Orleans Parish, State of Louisiana.

Baton Rouge, Louisiana, this 18th day of December, 2020.

s/ Andrew Blanchfield
ANDREW BLANCHFIELD
COLLIN LEBLANC
JOHN GRINTON