IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN E. GILBERT, | CIVIL ACTION CASE No:20-cv-3428 |
| Plaintiff, | SECTION: D (4) |
| v. | JUDGE: Hon. Wendy B. Vitter |
| SIDNEY H. CATES, IV, individually, and in his official capacity as Judge of the Orleans Parish Civil District Court et al | MAGISTRATE: Hon. Karen Wells Roby |
| | PLAINTIFF'S MOTION TO AMEND OR |
| Defendants | ALTER THE COURT'S MARCH 2, 2020 |
| | ORDER UNDER FEDERAL RULE 59 (e) |
| | WITH A REQUEST FOR LEAVE TO |
| | FILE AN ATTENDANT |
| | MEMORANDUM OF LAW |
| | JURY TRIAL DEMANDED |

<u>PLAINTIFF'S MOTION TO AMEND OR ALTER THE COURT'S MARCH 2, 2020 ORDER, UNDER FEDERAL RULE 59 (e), WITH A REQUEST FOR LEAVE TO FILE AN ATTENDANT MEMORANDUM OF LAW</u>

NOW COMES Dean E. Gilbert, **pro-se**, plaintiff and files this motion to amend or alter the court's March 2, 2020 order, under federal rule 59 (e), with a request for leave to file an attendant memorandum of law. In support of this motion, plaintiff states the following:

Plaintiff seeks to amend or alter the order to include sanctions against defendant Thomas Cortazzo. The plaintiff will be able to show that Cortazzo, through premeditated and malicious intent, transferred this case to this court to harass and burden the plaintiff and to exacerbate the pandemic's toll on this court. The plaintiff will cite more details and case law in his memorandum of law.

WHEREFORE, the plaintiff requests this court to amend its judgment to sanction the defendant or, in the alternative, accept this motion and grant him leave to file the attendant memorandum.

Respectfully submitted,

*/s/ Dean E. Gilbert*

Dean E. Gilbert
5408 LaFaye St.
New Orleans, Louisiana 70128
(312) 399-0410

### CERTIFICATE OF SERVICE

I certify that a copy of the pleading herein will be served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by CM/ECF notification, and to non-CM/ECF participants, by first class United States Mail, properly addressed and postage prepaid on this 16th day of March 2021.

*/s/ Dean E. Gilbert*

Dean E. Gilbert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEAN E. GILBERT,

   Plaintiff,

v.

NOS: 20-cv-3248

SECTION: D (4)

JUDGE: Hon. Wendy Baldwin Vitter

MAGISTRATE: Hon. Karen Wells Roby

SIDNEY H. CATES, IV et al.,

   Defendants.

## ORDER

Upon consideration, Plaintiff's Motion to amend his motion is granted.

New Orleans, Louisiana, this _____ day of _____, 2021

                                  Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Gilbert
PLAINTIFF(S)

VERSUS

Cates et al
DEFENDANT(S)

CIVIL ACTION

No. 20-cv-3428

SECTION: D(4)

## NOTICE OF SUBMISSION

3/2/20

PLEASE TAKE NOTICE that the Motion to Amend or Alter the Court's order, under rule 59(e)), with a request for leave to file an attendant memo of law is hereby set for submission before District Judge/Magistrate Judge Vitter on April 4, 2021 at 9:30 a.m.

_____
(Signature)

Dean E. Gilbert
(Name)

5408 Lafaye St
(Address)

N.O.    LA    70122
(City)  (State) (Zip)

312-390-1-040
(Telephone)

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 10th day of March, 20 21.

_____
(SIGNATURE)

**LAEDdb_ProSeDocs**

| | |
|---|---|
| **From:** | Dean Gilbert <todeangilbert@yahoo.com> |
| **Sent:** | Tuesday, March 16, 2021 9:27 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | IN THE UNITED STATES DISTRICT COURT.pdf |
| **Attachments:** | IN THE UNITED STATES DISTRICT COURT.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1