

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN E. GILBERT,** | CIVIL ACTION CASE No: **20-cv-3428** |
| **Plaintiff,** | SECTION: **D (4)** |
| v. | JUDGE: **Hon. Wendy B. Vitter** |
| **SIDNEY H. CATES, IV,** individually, and in his official capacity as Judge of the Orleans Parish Civil District Court et al | MAGISTRATE: **Hon. Karen Wells Roby** |
| **Defendants** | |

## NOTICE OF APPEAL

Notice is hereby given that Dean E. Gilbert appeals to the United States Court of Appeals for the Fifth Circuit from the Orders entered in this action, on March 2, 2021.

Signed this 29th day of March, 2021
    30th

Dean E. Gilbert

5408 LaFaye Street

New Orleans, Louisiana 70122

312-399-0410